RECEIVED CLERK

JUN 2 1 2007

U.S. DISTRICT COURT
FILED

U.S. DISTRICT COURT

JUN 2 2 2007

2007 JUN 27  A  9: 41

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>1999 FORD F350,<br>VIN 1FTWX33F1XEA62334,<br><br>Defendants. | Case:<br><br>ORDER FOR PUBLIC NOTICE OF CIVIL JUDICIAL FORFEITURE WITH FULL PROPERTY DESCRIPTIONS<br><br>Case: 2:07cv00411<br>Assigned To : Sam, David<br>Assign. Date : 6/21/2007<br>Description: USA v. 1999 Ford F350 VIN1FTWX33F1XEA62334 |

It is HEREBY ORDERED that, pursuant to Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, the Notice of Civil Judicial Forfeiture with Full Property Descriptions be published in the *Salt Lake Tribune*, a newspaper of general circulation within the District of Utah as to the Defendant personal properties:

•    1999 FORD F350, VIN 1FTWX33F1XEA62334

Dated this _27ᵗ_ day of June, 2007.

BY THE COURT:

_____
, Judge
United States District Court